UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROBERT GENE BAILEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM C. TOMAN, JR.; R.M. )<br>ASHLEY; K.D. MACKEY; P.J. )<br>GRAHAM; RON SMITH; UNKNOWN )<br>FEMALE OFFICER; C.C. BLAKE; )<br>and JOSEPH GARDNER, )<br>)<br>Defendants. ) | **JUDGMENT**<br><br>Case No. 5:13-CV-250-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 9, 2013, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed pursuant to 28 U.S.C. §1915(g). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on April 11, 2013, and Copies To:**

Robert Gene Bailey (via U.S. Mail) Hyde Correctional Institution
                             PO Box 278, Swan Quarter, NC 27885

April 11, 2013                      JULIE A. RICHARDS, CLERK
                                          /s/ Christa N. Baker
                                          (By) Christa N. Baker, Deputy Clerk